IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-316-GCM

| | | |
|---|---|---|
| UNION FIRST MARKET BANK, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | ADMISSION PRO HAC VICE |
| DONALD A. BLY, II, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Nicholas R. Klaiber,** filed June 28, 2013 [doc.# 16].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Klaiber is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Union First Market Bank.

**IT IS SO ORDERED.**

Signed: July 1, 2013

Graham C. Mullen
United States District Judge